**SPS** Select Portfolio SERVICING, inc.

Preparation Date: 01/19/2021
Prepared By: ChaithraChai

# MFR Post-Petition Payment History for Filing

| Loan Information | |
|---|---|
| Loan Number |  |
| Debtors Name - 1 | PEARSON, ANTHONY D |
| Debtors Name - 2 | - |
| Property Address | 1122 BLUE WING TERRACE |
| Property State | MD |

| Bankruptcy Information | |
|---|---|
| Bankruptcy Case # | 20-19673 |
| Filing Date | 10/29/2020 |
| Person filing | ANTHONY D PEARSON |
| Number of previous filings | 1 |

| Post Petition Default Information | |
|---|---|
| Post petition due date | 12/01/2020 |
| Post petition amount due | $3,211.16 |
| Escrow Shortage | $0.00 |
| Suspense | ($27.78) |
| Total Post petition due | $3,183.38 |

| Post Petition Payment History | | | | |
|---|---|---|---|---|
| Post Pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
| 01/04/2021 | 11/01/2020 | $1,605.58 | $1,633.36 | |
| Due | 12/01/2020 | $1,605.58 | $0.00 | |
| Due | 01/01/2021 | $1,605.58 | $0.00 | |
| **Total Due** | | **$4,816.74** | | **Total Pmts Due** |
| **Total Received** | | | **$1,633.36** | **$3,211.16** |

Page 1