UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br><br>ANTHONY D PEARSON, SR.<br><br>    Debtor | Chapter 13<br>Case No. 20-19673-TJC |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR1<br><br>    Movant<br><br>v.<br><br>ANTHONY D PEARSON, SR.<br>1122 BLUEWING TERR<br>UPPER MARLBORO, MD 20774<br>    (Debtor)<br><br>KELLY M. PEARSON<br>1122 BLUE WING TERRACE<br>UPPER MARLBORO, MD 20774<br>    (Co-Debtor)<br><br>REBECCA A. HERR<br>185 ADMIRAL COCHRANE DR., SUITE 240<br>ANNAPOLIS, MD 21401<br>    (Trustee)<br><br>    Respondents | |

**OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 1301(c)(3)**

Anthony D. Pearson, Sr. ("Debtor") and Kelly M. Pearson ("Co-Debtor") by undersigned counsel, respectfully oppose the termination of the Automatic Stay and Co-Debtor Automatic Stay as to the real property located at 1122 Blue Wing Terrace, Upper Marlboro, MD 20774 ("Property"), and, as grounds therefore, states as follows:

1. Debtor neither admits nor denies the allegations stated in Paragraph 1.

2. Debtor admits the allegations stated in Paragraph 2.

3. Debtor admits the allegations stated Paragraph 3.

4. Debtor admits the allegations stated Paragraph 4.

5. Debtor admits the allegations stated Paragraph 5.

6. Debtor admits the allegations stated Paragraph 6.

7. Debtor neither admits nor denies the allegations stated in Paragraph 7 and calls upon Movant to prove same.

8. Debtor neither admits nor denies the allegations stated in Paragraph 8 and calls upon Movant to prove same.

9. Debtor denies the allegations stated in Paragraph 9.

10. Debtor denies the allegations stated in Paragraph 10.

11. Debtor neither admits nor denies the allegations stated in Paragraph 11 and calls upon Movant to prove same.

12. Debtor denies the allegations stated in Paragraph 12.

13. Debtor denies the allegations stated in Paragraph 13.

14. Debtor denies the allegations stated in Paragraph14.

15. Debtor denies the allegations stated in Paragraph 15

16. Debtor neither admits nor denies the allegations stated in Paragraph 16.

17. Debtor denies the allegations stated in Paragraph 17.

18. Debtor denies the allegations stated in Paragraph 18.

19. The Debtor made a mortgage payment for the month of December 2020. Movant intentionally credited this payment to the month of October 2020 and this payment is now being held in suspense. The Debtor demands that no late fee be applied for this payment.

WHEREFORE, the Debtor respectfully request that this Court deny the Motion for Relief of Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding Trust 2006-AR1, Mortgage Pass-Through Certificates, Series 2006-AR1 and requests that this court grants such other and further relief as is just and proper.

Date:  January 25, 2021

                                                Respectfully submitted,

                                                /s/ Jillian M. Kindlund
                                                Jillian M. Kindlund, 17613
                                                1607 Democracy Blvd #300
                                                Bethesda, MD 20817
                                                Mail: 19142 Rocky Crest Terr.
                                                Leesburg, VA 20176
                                                (240) 997-5775
                                                jillian@kindlundlegal.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on January 25, 2021 copies of the foregoing Opposition to the Motion for Relief from Automatic Stay and Co-Debtor Automatic Stay were sent via US Mail postage prepaid or via ECF to the following:

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401 ecf@ch13md.com
*Bankruptcy Trustee*

Movant
James E. Clarke, Bar #15153
John E. Tarburton, Bar #26398
Paul J. Moran, Bar #19595
Orlans PC
PO Box 2548
Leesburg, VA 20177

                                                /s/ Jillian M. Kindlund
                                                Jillian M. Kindlund, 17613